Ervin L. HUDSON, Plaintiff—
Appellant,

v.

Keisha M. DILLARD, Assistant Public
Defender, Defendant—Appellee.

No. 05–6324.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 14, 2005.

Decided: July 22, 2005.

Ervin L. Hudson, Appellant pro se.

Before WILKINSON, LUTTIG, and
MOTZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Ervin L. Hudson appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 (2000) complaint. The district
court referred this case to a magistrate
judge pursuant to 28 U.S.C. § 636(b)(1)(B)
(2000). The magistrate judge recom-
mended that relief be denied and advised
Hudson that failure to file timely objec-
tions to this recommendation could waive
appellate review of a district court order
based upon the recommendation. Despite
this warning, Hudson failed to object to
the magistrate judge's recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned that
failure to object will waive appellate re-
view. See Wright v. Collins, 766 F.2d 841,
845–46 (4th Cir.1985); see also Thomas v.
Arn, 474 U.S. 140, 106 S.Ct. 466, 88
L.Ed.2d 435 (1985). Hudson has waived
appellate review by failing to file objec-
tions after receiving proper notice. Ac-
cordingly, we affirm the judgment of the
district court.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED*